# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: LUIS A. ALVARADO & HERENDIRA ALVARADO           Case Number: 07-71690
1812 WEDEL AVENUE                                     SSN-xxx-xx-2369 & xxx-xx-1513
ROCKFORD, IL  61103

Case filed on:    7/17/2007
Plan Confirmed on:   1/18/2008

D Dismissed

Total funds received and disbursed pursuant to the plan: $3,461.55    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 2,905.50 | 2,905.50 | 914.99 | 0.00 |
|  | Total Legal | 2,905.50 | 2,905.50 | 914.99 | 0.00 |
| 999 | LUIS A. ALVARADO | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CREDIT ACCEPTANCE CORPORATION | 2,958.23 | 2,958.23 | 2,046.57 | 193.43 |
| 002 | WELLS FARGO BANK NA | 1,993.48 | 1,993.48 | 77.31 | 0.00 |
|  | Total Secured | 4,951.71 | 4,951.71 | 2,123.88 | 193.43 |
| 001 | CREDIT ACCEPTANCE CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ALLIED BUSINESS ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ILLINOIS STUDENT ASSISTANCE COMM | 4,580.81 | 4,580.81 | 0.00 | 0.00 |
| 006 | MUTUAL MANAGEMENT SERVICES | 5,074.23 | 5,074.23 | 0.00 | 0.00 |
| 007 | NICOR GAS COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ROCK VALLEY FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ROCKFORD MERCANTILE AGENCY INC | 306.33 | 306.33 | 0.00 | 0.00 |
| 010 | UNITED CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | UNITED CREDIT SERVICE INC | 74.96 | 74.96 | 0.00 | 0.00 |
|  | Total Unsecured | 10,036.33 | 10,036.33 | 0.00 | 0.00 |
|  | Grand Total: | 17,893.54 | 17,893.54 | 3,038.87 | 193.43 |

Total Paid Claimant:    $3,232.30
Trustee Allowance:      $229.25           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   0.00            discharging the trustee and the trustee's surety from any and all
                                          liablility on account of the within proceedings, and closing the estate,
                                          and for such other relief as is just.  Pursuant to FRBP, I hereby
                                          certify that the subject case has been fully administered.

Report Dated:

                        /s/ Lydia S. Meyer
                        Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 10/31/2008        By   /s/Heather M. Fagan